



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA GLASPER,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social<br>Security,<br><br>        Defendant. | ) Case No. CV 01-0053-CBM(RC)<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF UNITED STATES<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the action without prejudice.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

```
 1      IT IS FURTHER ORDERED that the Clerk shall serve copies of this
 2  Order, the Magistrate Judge's Report and Recommendation and Judgment
 3  by the United States mail on plaintiff.
 4
 5  DATED:    8/28/08
 6
 7                                          _____
                                                   CONSUELO B. MARSHALL
 8                                          SENIOR UNITED STATES DISTRICT JUDGE
 9
10  R&Rs\01-0053.ado
    7/1/08
11
```