UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA GLASPER, | ) Case No. CV 01-0053-CBM(RC) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| vs. | ) |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: 8/28/08

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael J. Astrue is substituted as the defendant in this action.

R&RS\01-0053.jud
7/1/08